1022

No. 71–5433. LANDMAN v. MITCHELL, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied. ▉

No. 71–5436. AGERS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 71–5437. SHABAZZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▉

No. 71–5438. PRESTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉

No. 71–5451. JOHNSON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–5452. GUZMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉

No. 71–5453. CAMERLIN v. RHODE ISLAND. Sup. Ct. R. I. Certiorari denied. ▉

No. 71–5454. CHAMBERS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5455. BRADLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5456. SHELEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉

No. 71–5457. OSUNA-SANCHEZ ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. ▉

No. 71–5458. FLETCHER v. SHULTZ, SHERIFF, ET AL. C. A. 3d Cir. Certiorari denied. ▉

No. 71–5460. RICHARDSON v. VIRGINIA. Sup. Ct. App. Va. Certiorari denied.